UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| CALEB R. GIBSON,<br><br>Petitioner,<br><br>v.<br><br>STATE OF UTAH,<br><br>Respondent. | **MEMORANDUM DECISION AND ORDER ADOPTING [8] REPORT AND RECOMMENDATION**<br><br>Case No. 1:26-cv-00104-DBB-PK<br><br>District Judge David Barlow<br><br>Magistrate Judge Paul Kohler |

Before the court is United States Magistrate Judge Paul Kohler's Report and Recommendation.[1] It recommends dismissal of Petitioner Caleb R. Gibson's Petition for a Writ of Habeas Corpus[2] without prejudice for failure to exhaust state remedies.

## BACKGROUND

On June 30, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[3] Petitioner's claims arise out of a state court conviction in the Second District Court in Farmington, Utah, but the petition indicates that this conviction has not been appealed.[4] The magistrate judge recommends dismissing the petition without prejudice for failure to exhaust state court remedies and failure to allege facts that state a constitutional violation.[5] Petitioner was notified of his right to file objections to the report and recommendation within 14 days of its

[1] R. & R. ("R&R"), ECF No. 8, filed Sept. 8, 2026.
[2] Pet. for Writ of Habeas Corpus, ECF No. 1, filed June 30, 2026.
[3] *Id.* 1.
[4] *Id.* 2.
[5] R&R 2–3.

service pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).[6] He did not file an objection.

## STANDARD

The court conducts a de novo review of any part of a report and recommendation for which a party offers a timely and proper objection.[7] This court "reviews unobjected-to portions of a report and recommendation for clear error."[8] To overturn a decision as clearly erroneous, the court must be left with a "definite and firm conviction that a mistake has been committed."[9]

## DISCUSSION

No objections were filed, and therefore, the report and recommendation is reviewed for clear error. Having completed its review, the court finds that the magistrate judge's analysis and conclusion are not clearly erroneous. Accordingly, the court adopts the report and recommendation.

## ORDER

For the reasons stated above, the court:

1. ADOPTS the Report and Recommendation;[10] and
2. DISMISSES the Petition for Writ of Habeas Corpus without prejudice.[11]

---

[6] *Id.* 3.
[7] Fed. R. Civ. P. 72(b)(3).
[8] *Johnson v. Progressive Leasing*, No. 2:22-cv-00052, 2023 WL 4044514, at *2 (D. Utah June 16, 2023) (citing *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999)); *see* Fed. R. Civ. P. 72(b) adv. comm. note to 1983 amend. ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[9] *United States v. Gypsum Co.*, 333 U.S. 364, 395 (1948); *see also Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988).
[10] ECF No. 8.
[11] ECF No. 1.

Signed October 1, 2026.

BY THE COURT

David Barlow
United States District Judge